[No. 9080-5-II.   Division Two.   February 25, 1987.]

DONNA M. ACTON, ET AL, *Appellants*, v. SUBTERRANEAN, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01042-5, E. Albert Morrison, J., entered July 22, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 7281-9-III.   Division Three.   February 26, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY HENRY KNAUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. C-2187, Thomas E. Merryman, J., entered July 12, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 7105-7-III.   Division Three.   February 26, 1987.]

*In the Matter of the Estate of*
ELDA THEW STEPHENSON.

Appeal from a judgment of the Superior Court for Adams County, No. 5008, Gordon Swyter, J., entered April 22, 1985. *Reversed* by unpublished opinion per Petrich, J., concurred in by McInturff, C.J., and Munson, J.